IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE CRAIG, | 1:05-cv-01579-AWI-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS (Doc. 13.) |
| vs. | |
| HERNANDEZ, et al., | ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Doc. 11.) |
| Defendants. | |

Dante Craig ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 7, 2008, findings and recommendations were entered, recommending that plaintiff's motion for summary judgment filed May 19, 2008, be denied without prejudice. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

file, the court agrees that Plaintiff's motion for summary judgment must be denied. While a case or controversy and jurisdiction are not dependant on the court having screened the complaint pursuant to 28 U.S.C. § 1915A, it is premature to request summary judgment prior to an appearance by Defendants.

Accordingly, THE COURT HEREBY ORDERS that:

1. Plaintiff's motion for summary judgment, filed May 19, 2008, is DENIED without prejudice.

IT IS SO ORDERED.

**Dated:   September 15, 2008**                   **/s/ Anthony W. Ishii**
                                                                        CHIEF UNITED STATES DISTRICT JUDGE

2